UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACHAPELLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KLAUS MAIER, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04216-JSC<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiffs Joseph Lachapelle and James Field ("Plaintiffs") filed an action against Defendants Dong Kwan Kim ("Kim"), Young Song ("Song"), ZeroDesktop, Inc. ("ZeroDesktop"), Klaus Maier ("Maier"), nComputing, Inc. ("nComputing"), Daehong Technew Corp. ("DTC"), and a number of Doe Defendants (collectively "Defendants") to recover allegedly fraudulent transfers and for damages. *See Lachapelle v. Kim*, No. 3:15-cv-2195 (the "Initial Action"). Plaintiffs allege that Defendants engaged in a scheme to transfer assets from nComputing to ZeroDesktop to prevent Plaintiffs from satisfying an outstanding judgment against Kim. When nComputing and Maier failed to appear in the Initial Action, pursuant to the parties' consent to severance, the Court severed the claims against defaulting defendants nComputing and Maier, and assigned to the severed case to the undersigned judge. *LaChapelle v. Kim*, No. 3:15-cv-2195, Dkt. No. 32 (Sept. 4, 2015). Plaintiffs have since filed a notice of voluntary dismissal in the Initial Action, listing nComputing and Maier in the case caption, but not referencing this action's case number. *LaChapelle v. Kim*, No. 3:15-cv-2195, Dkt. No. 50 (Dec. 17, 2015). Given that the claims are identical, Plaintiffs are ORDERED TO SHOW CAUSE by **January 13, 2016** why the instant action against the defaulting defendants should not be dismissed without prejudice pursuant to the notice of dismissal filed in the Initial Action.

**IT IS SO ORDERED.**

Dated: January 6, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge